# MINUTE ORDER

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6      Date: 1/7/2021    Time: 1:00 p.m.

Defendant: (1) Edgard Manuel Cordero ✓    J#: 21110-104    Case #: 21-20003-CR-GRAHAM

AUSA: Michele Vigilance    Attorney: Elizabeth Blair - FPD · ✓

Violation: CONSPIRACY TO POSSESS A CONTROLLED SUBSTANCE ABOARD A VESSEL/ POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE ABOARD A VESSEL    Surr/Arrest Date: 1/5/2021    YOB:

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ○ Yes ☒ No    Recommended Bond:

Bond Set at: Stip $250K CSB / Nebbia    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: Spanish

Disposition:
- Deft advised of rights
- Deft consents to appear by video
- Both sides stipulate to a $250,000 CSB with Nebbia, reserving the right to a PTD hearing at a later date
- No hrg was held
- Deft arraigned

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

- Brady warning given

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. Zoom JB-01-1-7-2021 / 3:32 pm    Time in Court: 16 mins

s/Jacqueline Becerra      Magistrate Judge